UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                                  Case No. 19-35618

John Scalzo & Cynthia M Frazier Scalzo                               Chapter 13

                        Debtor(s)
SSN xxx-xx-3524     SSN xxx-xx-_4524_
---------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on May 10, 2019 and (if applicable) was modified on October 3, 2019 (the "Plan"). The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. §1325.

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



**/s/ Cecelia G. Morris**
_____
**Dated: November 6, 2020**
**Poughkeepsie, New York**
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**